IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02317-AP

DANIEL BACA,

           Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

           Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

1.      **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

                                  For Plaintiff:

                                  Patrick C. H. Spencer, II
                                  Spencer & Spencer, P.C.
                                  830 Tenderfoot Hill Road, Suite 320
                                  Colorado Springs, CO 80906
                                  719.632.4808
                                  719.632.4807
                                  patrickspencer2@comcast.net

                                  For Defendant:

                                  Sandra T. Krider
                                  Special Assistant United States Attorney
                                  Assistant Regional Counsel
                                  Office of the General Counsel
                                  Social Security Administration
                                  1961 Stout Street, Suite 1001-A
                                  Denver, CO 80294
                                  303.844.0015
                                  303.844.0770 (fax)
                                  sandra.krider@ssa.gov

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal.  The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:** September 29, 2009

      B.      **Date Complaint was Served on U.S. Attorney's Office**: October 2, 2009

      C.      **Date Answer and Administrative Record Were Filed:** December 3, 2009

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does he intend to submit any additional evidence at this time.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

7.      **OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

8.      **BRIEFING SCHEDULE**

      A.      **Plaintiff's Opening Brief**: February 5, 2010

      B.      **Response Brief due:** March 8, 2010

      C.      **Reply Brief due:** March 23, 2010

The parties jointly request a briefing schedule with Plaintiff's brief due 44 days after the JCMP is due rather than the traditional 40 days. This agreed briefing schedule better accommodates Defendant's counsel's workload and Plaintiff's counsel's scheduled vacation.

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

      A.      **Plaintiff's Statement:** The Plaintiff does not request oral argument.

      B.      **Defendant's Statement:**  The Defendant does not request oral argument.

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**A.**     **(  )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.**     **(X)     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.   OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 18th day of December, 2009

BY THE COURT:

<u>s/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

/s Patrick C.H. Spencer, II
Patrick C. H. Spencer, II
Spencer & Spencer, P.C.
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
719.632.4808
719.632.4807
patrickspencer2@comcast.net


Attorney for Plaintiff

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

/s Sandra T. Krider
Sandra T. Krider
Special Assistant United States Attorney
1961 Stout Street, Suite 1001-A
Denver, CO 80294
303.844.0015
303.844.0770 (fax)
sandra.krider@ssa.gov

Attorneys for Defendant