IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02317-WJM

DANIEL BACA,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration,

    Defendant.

---

**ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

---

The Court has reviewed the parties' September 16, 2011 Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C. §2412(d).

Based upon the motion and agreement of the parties, the Court hereby ORDERS as follows:

1. The stipulation for attorney fees pursuant to the EAJA is APPROVED;

2. Defendant is ordered to pay $6,750.00 to Plaintiff for attorney fees pursuant to the EAJA;

3. Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel;

4. Payment of the $6,750.00 shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees or costs in this case; and

5. This award is without prejudice to the right of Plaintiff's counsel to seek attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b),

subject to the offset provisions of the EAJA.

Dated this 20th day of September, 2011.

BY THE COURT:

William J. Martínez
United States District Judge